JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

GILBERTO SALMERON NAVARETTE,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondent.

No. 5:26-cv-2240-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 10), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim Three. Respondents report that Petitioner has been released from Respondents' custody. (ECF 11.) The Court therefore directs the Clerk of Court to close this case.

DATED: 05/13/2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE